REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – EDWARD R. ROYBAL FEDERAL BUILDING

| | |
|---|---|
| MARLA GERMANSON,<br><br>          Plaintiff,<br><br>    vs.<br><br>C.R. BARD, INC., a New Jersey Corporation, and DAVOL INC., a subsidiary and/or division of defendant C.R. BARD, INC.) a Rhode Island corporation, and DOES 1 through 100, inclusive<br><br>          Defendants. | Case No. CV-13-06311 JAK (PLAx)<br><br>**AMENDED [PROPOSED] ORDER RE STIPULATED PROTECTIVE AND CONFIDENTIALITY ORDER**<br><br>[Filed concurrently with Amended Stipulated Protective And Confidentiality Order]<br><br>[Assigned to the Honorable John A. Kronstadt (Roybal Ctrm. 750—7th Floor) And, For Discovery Purposes Only, To The Honorable Paul L. Arbrams, Magistrate Judge (Spring Street Ctrm. G—9th Floor)]] |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. CV-13-06311 JAK (PLAx)            US_ACTIVE-115167622.1

1  Based upon the Amended Stipulated Protective and Confidentiality Order (the
2  "Amended Stipulation") filed concurrently herewith and **GOOD CAUSE**
3  **APPEARING** therefore,
4      **IT IS HEREBY ORDERED** that the meanings and provisions contained in the
5  Amended Stipulation concerning the use and/or disclosure of Confidential
6  Information shall be effective as to all parties for the purposes of this litigation.

8  DATED:   November 12, 2013

                                        */s/ Paul L. Abrams*

                                The Honorable Paul L. Abrams
                                United States Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware